UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANDIE DUBOSE,<br><br>        Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>        Defendant. | NO. C20-1326RSL<br><br>ORDER OF DISMISSAL |

    It having been reported to the Court on Wednesday, March 17, 2021 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

    IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

    The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

    DATED this 2nd day of April, 2021.

                                          /s/ Robert S. Lasnik
                                          Robert S. Lasnik
                                          United States District Judge

ORDER -1