UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANDIE DUBOSE,<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, a foreign corporation<br><br>    Defendant. | Case No. 2:20-CV-01326-RSL<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE |

## I.  STIPULATED MOTION

IT IS STIPULATED by and between the parties hereto that this matter may be dismissed with prejudice and without an award of costs or fees to any party.

DATED: April 6, 2021

                            JENSEN MORSE BAKER PLLC

                            By s/*Steven D. Jensen*
                                Steven D. Jensen, WSBA No. 26495
                                steve.jensen@jmblawyers.com

                            1809 Seventh Avenue; Suite 410
                            Seattle, WA  98101
                            Telephone: (206) 682-1644

                            Attorneys for Defendant Standard Insurance Company

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 1
Case No. 2:20-cv-01326-RSL

JENSEN MORSE BAKER PLLC
1809 S͟ᴇᴠᴇɴᴛʜ ᴀᴠᴇɴᴜᴇ; ѕᴜɪᴛᴇ 410
S͟ᴇᴀᴛᴛʟᴇ, WA 98101
PHONE: 206.682.1644

| | |
|---|---|
| NELSON LANGER ENGLE, PLLC | FIELDS LAW FIRM |
| By s/*Aaron I. Engle*<br>　　Aaron I. Engle, WSBA No. 37955<br>　　AaronE@nlelaw.com | By s/*Blake Bauer*<br>　　Blake Bauer, MN Bar No. 0396262<br>　　blake@fieldslaw.com |
| 12055 15th Avenue NE<br>Seattle, WA  98125<br>Telephone: (206) 623-7520 | 9999 Wayzata Blvd.<br>Minnetonka, MN 55305<br>Telephone: (612) 206-3468 |
| Attorneys for Plaintiff Candie Dubose | Attorneys for Plaintiff Candie Dubose |

## II.   ORDER

Pursuant to the Stipulated Motion above, it is hereby ORDERED that this matter is dismissed with prejudice and without an award of costs or fees to any party.

Dated this 6th day of April, 2021.

*[signature]*
HONORABLE ROBERT S. LASNIK
United States District Court Judge

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 2
Case No. 2:20-cv-01326-RSL

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE; SUITE 410
SEATTLE, WA 98101
PHONE:  206.682.1644